AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Backpage.com, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cv-02155-RBW |
| Loretta E. Lynch | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Backpage.com, LLC, Plaintiff.

Date:   12/11/2015

/s/ Ronald G. London
*Attorney's signature*

Ronald G. London (DC Bar # 456284)
*Printed name and bar number*

Davis Wright Tremaine LLP
1919 Pennsylvania Ave., NW, Ste. 800
Washington, DC  20006
*Address*

ronnielondon@dwt.com
*E-mail address*

(202) 973-4235
*Telephone number*

(202) 973-4499
*FAX number*