AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Backpage.com, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-02155-RBW |
| Loretta E. Lynch | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Backpage.com, LLC, Plaintiff.

Date: 12/11/2015

/s/ Lisa B. Zycherman
*Attorney's signature*

Lisa B. Zycherman (DC Bar # 495277)
*Printed name and bar number*

Davis Wright Tremaine LLP
1919 Pennsylvania Ave., NW, Ste. 800
Washington, DC  20006
*Address*

lisazycherman@dwt.com
*E-mail address*

(202) 973-4280
*Telephone number*

(202) 973-4499
*FAX number*